## JEFFERSON ROBINSON V. STATE.

No. 24395. June 8, 1949.

Appellant represented himself.

*Ernest S. Goens,* State's Attorney, Austin, for the state.

BEAUCHAMP, Judge.

Appellant was found guilty of burglary with intent to commit rape and his punishment was assessed at confinement in the penitentiary for a term of 15 years.

The only notice of appeal appearing in the record is what purports to be a copy of the judge's docket notation, which is not sufficient. In the absence of proper notice of appeal entered of record, this court has no jurisdiction and the appeal is dismissed.